**Frank PUENTE, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 56387.**

Court of Criminal Appeals of Texas, En Banc.

April 11, 1979.

Robert Huttash, State's Atty., Austin, for the State.

## OPINION

DOUGLAS, Judge.

This is an appeal from a conviction for driving a motor vehicle upon a public highway while intoxicated. There is no transcript of the testimony and no brief has been filed. There is no contention of any error on appeal.

■ The punishment was assessed by the jury at one year in jail and a $500 fine. The jail time and $200 of the fine were probated. This Court has recently held in *Franklin v. State,* 576 S.W.2d 621 (Tex.Cr. App.1978), that where the jail time and a fine have been assessed in a misdemeanor case that the jail time cannot be probated. It also noted that the trial court could not exact a portion of the penalty not probated. Under that case, the judgment must be reversed. Accordingly, the judgment is reversed and the cause is remanded.[1]

---

1. The writer did not agree then and does not agree now with the *Franklin* case but the majority controls.